RANDY RATAJCZAK, as Administrator of the Estate of MARY RATAJCZAK, Respondent, v MAHMOOD YOONESSI, M.D., et al., Appellants. (And a Third-Party Action.)

Submitted May 17, 2010; decided June 29, 2010

Motion for reargument etc. denied [*see* 14 NY3d 795 (2010)]. Motion, insofar as it seeks disqualification of Chief Judge Lippman, dismissed upon the ground that the Court of Appeals has

no authority to entertain the motion made on nonstatutory grounds. The application seeking recusal is referred to the Chief Judge for his individual consideration and determination. Chief Judge Lippman denies the referred motion for recusal.